

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-319-CV

HALL'S PHARMACY, INC., HALL'S IV                                    APPELLANTS
& INSTITUTIONAL PHARMACY, INC.,
THE MEDICINE STORE, INC.,
IGA/MEDICINE STORE PHARMACY, INC.,
AND LEWIS A. HALL, JR.


V.


D & K HEALTHCARE RESOURCES, INC.                                   APPELLEES
AND MCKESSON MEDICAL-SURGICAL, INC.

----------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Joint Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  November 20, 2008